IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  MJG-10-0172 |
| | * | |
| RONALD DEAN BATESON and | * | |
| CYNTHIA BATESON, | * | |
| Defendants. | * | |

\*\*\*\*\*\*

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST, PAPER 81

Comes now the United States of America, by and through Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant U.S. Attorney, and responds to Defendant Bateson's Request as follows:

1.  The parties have agreed to the Proposed Order, which is attached.  I am authorized by Joseph Evans, counsel for R. Dean Bateson, to make this representation.  In addition, Cynthia Bateson is included as the parties were jointly and severally liable for restitution, and the restitution has been paid in full.

2.  The Internal Revenue Service had originally applied the payments from the Batesons' personal bankruptcy proceedings to the oldest, outstanding obligations, which are the 2001 and 2002 tax years, in accordance with the standard practice of the Service.

3.  Mr. Bateson has elected to have the sums applied to the tax years 2003 – 2007, which are the tax years involved in his criminal case.  The government has no objection to this choice.  Mr. Bateson is aware that he may owe civil and administrative taxes and penalties.

          Respectfully submitted,

          Rod J. Rosenstein
          United States Attorney


   By: ____/s/_____
       Joyce K. McDonald
       Assistant United States Attorney